IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JAMES KIMBLE, | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | Case No. 4:20-cv-00560 |
| | § | Judge Mazzant |
| ELDUKL A. NGIRAINGAS, | § | |
| STEVEN WAYNE CAMP, AND | § | |
| REFRIGERATED SPECIALIST, INC., | § | |
| *Defendants.* | § | |

---

**AGREED ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS STEVEN WAYNE CAMP AND REFRIGERATED SPECIALIST, INC.**

---

On this day came on for consideration the Agreed Stipulation of Dismissal (Dkt. #57) where Plaintiff and Defendants Steven Wayne Camp and Refrigerated Specialist, Inc. jointly requested the Court to dismiss Defendants Steven Wayne Camp and Refrigerated Specialist, Inc. The Court, having considered the non-suit, is of the opinion that it should be granted.  It is therefore,

ORDERED that all claims and causes of action that were or could have ever been asserted by Plaintiff against Defendants Steven Wayne Camp and Refrigerated Specialist, Inc. are hereby dismissed with prejudice, with each side bearing its own taxable costs, and this is a final judgment.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

**SIGNED this 16th day of November, 2021.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE